■ In the Matter of GENE CRESCENZI. (And Another Proceeding.) — Petition pursuant to CPLR article 78 in the nature of a writ of prohibition enjoining

enforcement of an order of suspension and other relief dismissed. Concur — Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.